**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HAROLD G. AUSTIN,** | : | |
| | : | |
| Petitioner | : | CIVIL ACTION NO. 3:14-CV-01303 |
| | : | |
| vs. | : | (Petition Filed 7/8/14) |
| | : | |
| **WARDEN DONNA ZICKEFOOSE,** | : | |
| | : | (Judge Caputo) |
| | : | |
| Respondent | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Austin's petition for writ of habeas corpus is dismissed.

2. The Clerk of Court shall close this case.

            s/A. Richard Caputo
            A. RICHARD CAPUTO
            United States District Judge

Dated: August 17, 2015